### City of Chicago, Defendant in Error. v. Paul Tomanicka, Plaintiff in Error.

### Gen. No. 19,426.  (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN J. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed October 8, 1914.

### Statement of the Case.

Complaint filed in the Municipal Court of Chicago by the City of Chicago charging Paul Tomanicka with a violation of section 2012 of the Municipal Code, commonly known as the "disorderly conduct section." Defendant waived a trial by jury, and the court found the defendant guilty and assessed a fine in the sum of one

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

dollar. To reverse a judgment entered on the finding, defendant prosecutes a writ of error.

Defendant urged, as ground for reversal that the evidence of plaintiff, even if true, did not justify the finding of guilty, and that the finding was manifestly against the weight of the evidence.

JOHN C. TRAINOR, for plaintiff in error.

WILLIAM H. SEXTON and JAMES S. MCINERNEY, for defendant in error; ALBERT J. W. APPELL, of counsel.

MR. JUSTICE SCANLAN delivered the opinion of the court.

## Abstract of the Decision.

DISORDERLY CONDUCT, § 1*—*when finding of guilty sustained by the evidence.* On a complaint charging the defendant with disorderly conduct in violation of a city ordinance, *held* that plaintiff's evidence made out a prima facie case and that a finding of guilty was not manifestly against the weight of the evidence.